FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT FERONA,<br><br>　　　　　Defendant. | Case No.: CR 10-01001-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>　18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses;_ _absconding from supervision; substance abuse_ _____ _____

　　　and/or

1  B.   ( ) The defendant has not met his/her burden of establishing by clear and
2       convincing evidence that he/she is not likely to pose a danger to the safety of any
3       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4       finding is based on: _____
5       _____
6       _____
7       _____
8

9       IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.

12  Dated: _July 12, 2011

                                                    *Alicia G. Rosenberg* (signature)
13                                                  _____
                                                    ALICIA G. ROSENBERG
                                                    United States Magistrate Judge